UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HASKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE WAGSTAFFE,<br><br>    Defendant. | Case No. 22-cv-03795-JSC<br><br>**ORDER OF DISMISSAL** |

On June 27, 2022, the Clerk opened this matter based upon a form for an "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)" received from Plaintiff, who is a prisoner at the Central California Women's Facility and is proceeding without an attorney. (ECF No. 1.) On the form, Plaintiff makes a variety of allegations regarding her state convictions in state court. (*Id.* at 1-2.) On the same day this form was received, the Clerk notified Plaintiff that she had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that she must file her claims in a petition for a writ of habeas corpus. The Clerk mailed Plaintiff the Court's IFP application and form habeas petition along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notices informed her that the case would be dismissed if she did not file a petition and either pay the filing fee or file a completed IFP application within 28 days. In response, Plaintiff has written a letter stating that she did not intend to open a case with her filing and requesting that the case be closed. (ECF No. 6.) In light of this letter, the case is DISMISSED as having been inadvertently opened in error, and no fee is due.

//

//

1   The Clerk shall enter judgment and close the file.

2   **IT IS SO ORDERED.**

3   Dated: August 15, 2022

JACQUELINE SCOTT CORLEY
United States District Judge